

# Concept Special Risks Rating Guide V5
*Last Amendment: 10 January 2018*

This rating guide includes our Core Business (CB), Non-Windstorm Business (NWB) and Catamaran/Sailboat Fleet Business (FB)

## General Rating Principle

Any vessel that generates a rate less than 1% should be discussed with a senior underwriter. For example a $1,000,000 valued vessel that generates a premium of $9,000 should be referred to a senior underwriter. For each risk the underwriter must determine the underlying rate that is being applied.

## Base Hull Rates

Base Hull Rates
The base rates appropriate to the Non-Wind Program, Fleet Program and Main Program are found in the accompanying Excel Spread Sheet. The same rates are applicable to all three programs.

## Base Liability Rates

Medical Payments for CB and NWB
Each limit is subject to a $100 deductible.

| Limit | COM Limits | PPO Limits |
|---|---|---|
| $1,000 | 60 | 40 |
| $2,500 | 91 | 60 |
| $5,000 | 119 | 80 |
| $10,000 | 175 | 125 |
| $25,000 | 400 | 200 |
| $50,000 | 600 | 300 |

Medical Payments for FB

Fleet Vessels no longer receive a credit for this cover

## Liability Premium

Private and Pleasure Revised Rates

Private and pleasure rates are always at 0.73 of the commercial rate e.g. 30' at $100,000 is $176 on commercial vessels but $128 on private vessels (176x0.73)



Plaintiff's
**2**
Beric Anthony Usher

**Concept Special Risks Ltd**
+44 (0) 1943 882 700 · www.special-risks.co.uk
Unity House · 2 Station Court · Station Road · Guiseley · LEEDS · LS20 8EY · United Kingdom
Registered in England and Wales · Company no 00952756
Authorized and regulated by the Financial Conduct Authority · Firm no 312098

| Length (ft) | $50,000 |
|---|---|
| 0-30'0" | 112 |
| 30'1"-35'0" | 128 |
| 35'1"-40'0" | 144 |
| 40'1"-45'0" | 188 |
| 45'1"-50'0" | 224 |
| Over 50'0" | 252 |

Commercial Rates

| Length (ft) | $50,000 | $100,000 | $300,000 | $500,000 | $1,000,000 |
|---|---|---|---|---|---|
| 0-30'0" | NA | 176 | 240 | 320 | 440 |
| 30'1"-35'0" | NA | 204 | 304 | 368 | 520 |
| 35'1"-40'0" | NA | 232 | 348 | 420 | 600 |
| 40'1"-45'0" | NA | 304 | 460 | 540 | 780 |
| 45'1"-50'0" | NA | 380 | 540 | 640 | 900 |
| Over 50'0" | NA | 460 | 620 | 740 | 1,040 |

Crew Coverage

| Limit | COM Premium | PPO Premium |
|---|---|---|
| $1000,000 | 475 | 365 |
| $300,000 | 600 | 475 |
| $500,000 | 725 | 580 |
| $1,000,000 | 1,060 | 800 |

Passenger Liability

| Average Passengers | $100,000 | $300,000 | $500,000 | $1,000,000 |
|---|---|---|---|---|
| 0-6 | 75 | 100 | 110 | 135 |
| 7-20 | 60 | 80 | 100 | 120 |
| 21-50 | 50 | 75 | 85 | 110 |
| 51-100 | 35 | 55 | 75 | 95 |
| Over 100 | 25 | 40 | 55 | 75 |

The maximum liability limit for Cat C vessels is $500,000
The maximum liability limit for Cat D vessels is $300,000

## Rating Adjustments

The +/- denotes whether a debit/credit is to be applied; or where applicable both. Where no adjustment is shown, see the appropriate additional section below.

| D/C | Hull | D/C | Liability |
|---|---|---|---|
| + | Age | | |
| -10 | Diesel Credit | +20 | SNUBA |
| + | Speed | | |
| + | Construction | +20 | Hawaii |
| +15 | Bareboat Usage | | |
| + | Claims | + | Claims |
| -10 | Experience | -10 | Experience |
| -10 | Crew (full/part time) | | |
| +/- | Location | -15 | Occasional Charters |
| - | Lay-up | - | Lay-up |
| -10 | English Law | -30 | English Law |
| -30 | CSR | -30 | CSR |
| -10 | GPS Tracker (max $500) | -20 | Sail Credit |
| +/- | Deductible | -5 | Deductible |
| -20 | Fleet Credit | -20 | Fleet Credit |
| +5 | Single handed over-night sailing | +10 | Liveaboard (treated as such if 4 months or more) |

The Concept Discretionary Credit and the Fleet Credit may be used on either the Hull or Liability section, but must not exceed the maximum limit stated in total.

## Age and Standard Deductibles

Vessels up to five years are subject to an imposed minimum deductible of 2% where there is windstorm exposure. NWB up to five years is subject to a minimum 1% hull deductible. The use of a 1% hull deductible must be approved by a senior underwriter. Fleet accounts may be considered under both of these categories depending on windstorm exposure.

| Vessel Age | CB/FB Base Deductible | NWB/ FB Base Deductible |
|---|---|---|
| 0-5 | 2% | 1% |
| 6-10 | 2% | 2% |
| 11-15 | 3% | 3% |
| 16-20 | 4% | 4% |
| 21-25 | 5% | 5% |
| 26-30 | 6% | 6% |
| 31+ | Refer to Senior Underwriter | Refer to Senior Underwriter |

When reviewing a vessel in excess of 30 years of age, ensure that you have a survey valuation and if possible replacement cost for review. If a survey is not available please research the BUC value of the vessel and/or use internet based valuation tools.

## Additional Deductible Considerations

| If the vessel is wooden/kevlar hulled | 1% increase on standard deductible |
|---|---|
| If the vessel is capable of 56mph plus | 1% increase on standard deductible |

The minimum hull deductible allowed is $500.

A 5% hull credit can be applied for each one percent increase in hull deductible to a maximum of a three percent increase.

A 5% debit can be applied for each one percent decrease in hull deductible. Such an adjustment must not result in a deductible below 2% or be less than 50% of the standard deductible for that age of vessel.

### Age Loading

| Vessel Age | Loading (%) |
|---|---|
| 2018 | -5 |
| 2017 | -4 |
| 2016 | -3 |
| 2015 | -2 |
| 2014 | -1 |
| 2013 | 0 |
| 2012 | 2 |
| 2011 | 4 |
| 2010 | 6 |
| 2009 | 8 |
| 2008 | 10 |
| 2007 | 12 |
| 2006 | 14 |
| 2005 | 16 |
| 2004 | 18 |
| 2003 | 20 |
| 2002 – 1998 | 25 |
| 1997 – 1993 | 30 |
| 1992 and older | Refer |

When reviewing a vessel in excess of 30 years of age, ensure that you have a survey. If a survey is not available please research the vessel and be sure to secure adequate details on the actual vessel itself before referral.

### Diesel Credit

This credit is available on Category A and B vessels.

### Speed

Speed loadings will vary in accordance with the table below. Category B vessels exceeding 55mph must be written as such only if they are *sport fishing centre console vessel*. If the vessel is a true category C vessel it should be rated as a C/D.

| Cat A | Debit | Cat B/C | Debit | Cat C/D | Debit |
|---|---|---|---|---|---|
| 0-25 | NA | 0-35 | 0 | 61-65 | 0 |

| 26-30 | NA | 36-40 | +5  | 66-75 | +10 |
|-------|----|-------|-----|-------|-----|
| 31-35 | NA | 41-45 | +10 | 76-80 | +15 |
| 36-40 | NA | 46-50 | +15 | 81-85 | +20 |
| 41-45 | NA | 51-55 | +20 | 86-90 | +25 |
|       |    | 56-60 | +25 |       |     |
|       |    | 61-65 | +30 |       |     |

### Theft Deductible

The theft deductible must apply to all category B vessels located in the following locations:

**Monroe County** - Big Pine, Islamorada, Key Colony Beach, Key Largo, Key West (County Seat), Layton, Marathon, Sugarloaf Key, Tavernier

**Dade County** - Aventura, Bal Harbour, Bay Harbor Islands, Biscayne Park, Coconut Grove, Coral Gables, Cutler Bay, Doral, El Portal, Florida City, Golden Beach, Goulds, Hialeah, Hialeah Gardens, Homestead, Indian Village, Islandia, Kendall, Key Biscayne, Leisure City, Medley, Miami (County Seat), Miami Beach, Miami Gardens, Miami Lakes, Miami Shores Village, Miami Springs, North Bay Village, North Miami, North Miami Beach, Opa-Locka, Palmetto Bay, Pinecrest, Pinewood, Princeton, Richmond Heights, South Miami, Sunny Isles Beach, Surfside, Sweetwater, Virginia Gardens, West Miami, Westchester, Westwood Lake

**The Bahamas**

**Hawaii**

The theft deductible must apply to ALL category C and D vessels and ANY vessel with triple or quad engines, regardless of location.

The theft deductible should also be considered on vessels capable of 50mph+ and those that have suffered previous theft losses.

### Construction

A construction loading of +20 is applied for wooden. There is no loading for metal, Kevlar, carbon fibre or fiberglass vessels.

### Motor Sailors and Power Catamarans

Motor Sailors (whether catamaran or sailboats) that use both sail and motor should be considered to be category A vessels. Power catamarans which use only motors should be classified as category A vessels.

### Claims

Claims loadings vary depending on each individual loss. Three or more losses must be reviewed with a senior underwriter in all cases.

### Experience Credit

This is a standard credit and does not vary. It is only offered where an operator has sufficient (two years or more) relevant experience with type of vessel and clean loss record.

### Fleet Credits

A 10% credit is applied to all vessels within a fleet of more than five vessels. An additional 10% credit may be available to each fleet vessel where the fleet demonstrates that additional measures are in place to prevent loss and to actively manage risk. A fleet management plan would represent an appropriate document. Fleet credits may be applied on either the hull or the liability, but must not exceed the 20% credit in total.

### Commercial Fleet Loadings

Where we have vessels within a fleet that is described as Captain/Bareboat we need to establish the **primary usage** of that vessel. If it is over 51% bareboat use the +15 hull loading and if it is 51% Capt Charter load for passengers; we do not need to apply both.

### Crew

This is a standard credit for both full and part time crew and is applied only on Private and Pleasure risks. Contingent crew is charged at 20% of the base crew premium, but only for commercial vessels. Trip / Delivery crew are to be charged at 25% of the base crew premium; the minimum premium for one trip crew should be $125.

### Location Debits and Credits

When vessels are located in West Palm Beach or Naples the area of navigation should be assessed when making determinations regarding the debit/credit to apply for navigation.

| Area | Debit/Credit |
|---|---|
| Florida (West Palm Beach to Naples) | +40 |
| Gulf Coast USA and Florida | +30 |
| East Coast USA (Cape Hatteras to South Georgia Border) | +10 |
| Cape Hatteras and above | -10 |
| West Coast USA and above | -10 |
| The Mediterranean | -10 |
| East Coast Mexico | +40 |
| The Bahamas | +65 |
| The Caribbean Sea (The Leeward and Windward Islands, The Virgin Islands, Dominican Republic, The Turks and Caicos Islands, Jamaica, Cuba, East Coasts Mexico, Belize, Honduras and Nicaragua | +65 |
| West Coast Central America, Colombia, Venezuela, Trinidad, Tobago, Grenada, the ABC Islands, East Coasts Guatemala, Costa Rica and Panama. | +25 |
| Non-windstorm exposed inland navigation | -20 |
| Hawaii | +20 |

### Lay-Up

This limit varies in accordance with the tables below. It is imperative to determine for how long the vessel will remain unused.

If you have layup of 2 months (for example) and any number of days less than 16, 2 months credit should apply as normal. If you have layup of 2 months and any number of days greater than 15 you can apply credit for that part of the month, rounding up to 3 months in this example.

| **Ashore** | | **In Water** | |
|---|---|---|---|
| Non Windstorm Area | 5% credit each full month (max 30% credit) | Non Windstorm Area | 2.5% credit each full month (max 20% credit) |
| Windstorm Area | 5% credit each full month (max 30% credit) | Windstorm Area | No credit if laid up during hurricane season |

### Lay-Up Year Round

In the event that a vessel is laid up year round without *any* navigation the following hull and liability loading should be applied *only*.

### NWB

| **Ashore** | | **Afloat** | |
|---|---|---|---|
| **Hull** | **Liability** | **Hull** | **Liability** |
| -40 lay-up | -40 lay-up | -20 lay-up | -20 lay-up |
| | | + x age | |

### CB

| **Ashore** | | **Afloat** | |
|---|---|---|---|
| **Hull** | **Liability** | **Hull** | **Liability** |
| -30 lay-up | -30 lay-up | -15 lay-up | -15 lay-up |
| + x location loading | | + x age | |
| | | + x location | |

Vessels used for Demonstration

Where a vessel is being demonstrated for the purpose of sale all usual loadings are applied, including an experience credit. In addition to this a 20% demonstration credit is to be applied to these risks.

### Vessels under Repair

Vessels laid up ashore for repair or renovation work should be referred to a senior underwriter and they must not be considered to be laid up.
A vessel used as a "liveaboard" cannot be offered lay up credit.

**English Law and Practice**

This is a standard credit and does not vary.

## CSR Credit and Additional Credits

This is a standard credit and does not vary; the maximum credit to be applied in this instance is 30 percent. Any amount up to 30% may be offered, but any amount considered in excess of

20% must be reviewed with a senior underwriter prior to quoting.

## Limited Charters

This is a standard credit and does not vary. In order to qualify for this credit the vessel must be restricted to not more than twelve *one week* charters per policy period.

## Sail Credit

This is a standard credit and does not vary.

## PYP Rates

All vessels up to the age of five years receive no additional premium for the inclusion of PYP coverage. There is no lower hull value applied to this provision. Once the vessel has reached six years of age, in order to receive PYP the vessel must not be over 15 years of age but there is no longer a lower value restriction. An additional 0.1% charge is applied for catamarans. Category B/C and C/D vessels are only permitted PYP coverage up to an age of 10 years.

| Age of Vessel | Rate (% Hull Value) Cat A, E, F | Rate (% Hull Value) Cat B/C, C/D |
|---|---|---|
| 2018 | 0 | 0 |
| 2017 | 0 | 0 |
| 2016 | 0 | 0 |
| 2015 | 0 | 0.05 |
| 2014 | 0 | 0.1 |
| 2013 | 0.05 | 0.15 |
| 2012 | 0.1 | 0.2 |
| 2011 | 0.15 | 0.25 |
| 2010 | 0.2 | 0.3 |
| 2009 | 0.25 | 0.35 |
| 2008 | 0.3 | Refer |
| 2007 | 0.35 | Refer |
| 2006 | 0.4 | Refer |
| 2005 | 0.45 | Refer |
| 2003 | 0.5 | Refer |

## Trip Rates

Each rate shown is for a 'one way trip'; return trips are to be charged at an additional 50% of the rate shown. The charge for each trip also applies in the opposite direction to that stated.

Voyages involving navigating around Cape Horn may not be quoted unless specifically agreed by a senior underwriter.

| Location | $0 - $499,999 | | $500,000 - $999,999 | | $1,000,000 – $1,499,999 | | $1,500,000 - $2,000,000 | |
|---|---|---|---|---|---|---|---|---|
| | *Rate* | *Min* | *Rate* | *Min* | *Rate* | *Min* | *Rate* | *Min* |
| Trans-Pacific | 0.25% | $500 | 0.2% | $1000 | 0.15% | $1500 | 0.15% | $2250 |
| Trans-Atlantic | 0.2% | $375 | 0.15% | $750 | 0.1% | $1000 | 0.1% | $1500 |
| Trans-Indian | 0.2% | $375 | 0.15% | $750 | 0.1% | $1000 | 0.1% | $1500 |
| West Coast US to Hawaii | 0.15% | $250 | 0.1% | $500 | 0.075% | $750 | 0.075% | $1125 |
| East Coast USA to Bermuda | 0.1% | $250 | 0.075% | $375 | 0.05% | $500 | 0.05% | $750 |
| East to West Coast USA via Panama Transit | 0.1% | $250 | 0.075% | $375 | 0.05% | $500 | 0.05% | $750 |
| West Coast USA to West Coast Central/South America | | | | | | | | |
| East Coast USA to East Coast Central/ South America/Caribbean Sea | | | | | | | | |
| West Coast South America to Galapagos Islands | | | | | | | | |
| Cuba | 0.15% | Min $250 | Max $500 | | | | | |
| Caribbean Sea Charge | 0.15% | $150 | Max $750 | | | | | |

Liability only trips are to be agreed with the underwriting manager or above prior to quoting

Caribbean Sea Charge : If a vessel is receiving a location credit of -10 for being above Cape Hatteras July to November *but* is also navigating all the way down to the Caribbean Sea then we require more premium for this increased risk.

### Trailers

A rate of 3.50% is used and the deductible is $100 or 10 percent, whichever is the greatest. Extended trailering beyond 250 miles is charged at a rate of 0.15% of the hull value and the minimum premium is $75.

### Personal Effects

A rate of 3% is to be used and the deductible is $100 or 10 percent, whichever is the greatest. The maximum limit that can be written is $50,000 and any limit exceeding $25,000 must be offered only on vessels with a hull value exceeding $1,000,000.

### Tenders

A rate of 3% is to be used and the deductible is $100 or 10 percent, whichever is the greatest. The maximum limit that can be written is $50,000 and any limit exceeding $25,000 must be offered only on vessels with a hull value exceeding $1,000,000.

### Replacement Tender Coverage

A rate of 3% of the value of the tender insured on the policy will be charged for this coverage. The maximum charge for this coverage is $180 and therefore if a tender is based above $6,000 the AP will not exceed $180.

### Breach of Warranty Coverage

A rate of 0.20% of the hull value or the outstanding loan balance, whichever is the lesser, is used for this coverage.

### Jet Skis

A rate of 5% is used and the deductible is $100 or 10 percent, whichever is the greatest. An additional liability premium is charged for Jet Skis:

| Limit of Liability | Premium Applicable |
|---|---|
| $300,000 | $250 |
| $500,000 | $300 |
| $1,000,000 | $500 |

Higher limits may not be applied for Jet Ski coverage and there is no additional premium for a liability limit of $100,000. Jet skis may only be added to private and pleasure policies, unless specifically agreed by referral to senior underwriter.

### Non-Emergency Towing

| Coverage Limit | Deductible Level | Premium Charged |
|---|---|---|
| $500 | No Deductible | No Charge |
| $1,000 | No Deductible | $30 |
| $1,500 | $50 | $75 |
| $2,500 | $50 | $100 |

### Loss of Charter Hire

The maximum limit for this coverage is $500 per day and for a maximum period of 60 days. The maximum limit of indemnity is $30,000 (each vessel) and the rate is charged at 3% of the limit of indemnity. The deductible is 30 days. The maximum charge for this coverage is $900.

### Dinghy Rental Endorsements (FB only)

This endorsement covers the cost of hiring a replacement tender, up to a maximum limit of $6,000 and is charged at a flat per vessel fee of $100.

Where a tender is shown as insured under Section A of the Declaration Page of the insuring agreement, coverage is extended to include the cost of renting a replacement tender if the one shown on the schedule of insurance is lost due to a an event that would result in a claim

normally recoverable hereunder. The limit of indemnity hereunder to be the cost of temporary replacement rental vessel for the period while a permanent replacement is being found but in any event to not exceed US$6,000 or the insured value of the original tender shown on the declaration page whichever is the lower. No payment to be paid under this endorsement in any event, for the first five days of rental.

### Surveys (FB only)

Surveys are usually required for vessels in excess of five years old. Hauled inspections are valid for three years and in-water inspections are valid for two years. We propose that surveys may be delayed until the vessel exceeds ten years, *only* when the fleet management provides details of ongoing vessel maintenance and safety plans. This must be agreed by a senior underwriter.

### Automatic Acquisition Clause (FB only)

We propose that each policy automatically provides coverage for newly purchased vessels providing that they are declared to underwriters within 10 days of purchase and that an appropriate premium is subsequently paid.

**Total credits to be applied on either the Hull or the Liability Sections is 60%**
**Minimum Premium for any single Hull and P+I PPO policy is $1000.**
**Minimum Premium Liability only PPO is $750 up to 35 feet**
**Minimum Premium Liability only PPO is $1000 up to 49 feet**
**Minimum Premium Liability only PPO is $1500 over 50 feet**

**Minimum Premium for any single Hull and P+I COM policy is $1,250**
**Minimum Premium for Liability only COM is $1,000 up to 35 feet**
**Minimum Premium for Liability only COM is $1,250 up to 49 feet**
**Minimum Premium for Liability only COM is $1,500 over 50 feet**