UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

**GREAT LAKES INSURANCE SE**,

    Plaintiff,

CASE NO. 1:20-cv-22865-EGT

vs.

**SEA 21-21 LLC**,

    Defendant.

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiff, GREAT LAKES INSURANCE SE (hereinafter "GREAT LAKES"), appeals to the United States Court of Appeals for the Eleventh Circuit, the District Court's Amended Findings of Fact and Conclusions of law [ECF No. 137] and Final Judgment [ECF No. 138], both dated November 12, 2024.

Pursuant to 28 U.S.C. §1291, the Plaintiff has the right to appeal the aforementioned final orders. GREAT LAKES appeals the final order granting judgment to the Defendant on the Plaintiff's claim that the Defendant had misrepresented the vessel's purchase price. *See* ECF No. 137, at 18.

Dated: December 12, 2024
       Fort Lauderdale, Florida

                                     Respectfully submitted,

                                     THE GOLDMAN MARITIME LAW GROUP
                                     *Attorneys for Plaintiff*
                                     401 East Las Olas Boulevard
                                     Suite 1400
                                     Fort Lauderdale, FL 33301
                                     Tel (954)356-0460
                                     Fax (954)832-0878
                                     Cel (617)784-1100

                                     By: /s/ Jacqueline L. Goldman
                                     JACQUELINE L. GOLDMAN
                                     FLA. BAR. NO. 1005573

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic Notice of Filing to all counsel of record.

| | |
|---|---|
| Christopher J. Lynch, Esq.<br>Hunter Lynch Law<br>*Attorneys for Defendant*<br>6915 Red Road, Suite 208<br>Coral Gables, FL 33143<br>Tel: 305-443-6200<br>Clynch@hunterlynchlaw.com<br>Lmartinez@hunterlynchlaw.com | Henry Marinello, Esq.<br>LAW OFFICE OF HENRY MARINELLO,P.A.<br>*Co-Counsel for Sea 21-21 LLC*<br>P.O. Box 562516 Miami, Florida 33256<br>Telephone 305-670-5688<br>Fax 305-238-5553<br>Email hmarinello@hemlegal.com |

THE GOLDMAN MARITIME LAW GROUP
*Attorneys for Plaintiff*
401 East Las Olas Boulevard
Suite 1400
Fort Lauderdale, FL 33301
Tel (954)356-0460
Fax (954)832-0878
Cel (617)784-1100

By: /s/ Jacqueline L. Goldman
JACQUELINE L. GOLDMAN
FLA. BAR. NO. 1005573